No. 95–812. NEBEN & STARRETT, INC. v. CHARTWELL FINANCIAL CORP. C. A. 9th Cir. Certiorari denied. ▮▮▮▮

No. 95–832. JENSEN v. RENO, ATTORNEY GENERAL OF THE UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮

No. 95–833. CUDA ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮

No. 95–835. DELGADO ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮▮

No. 95–840. RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮

No. 95–863. BONITO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮▮▮▮

No. 95–870. STARKES v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮▮

No. 95–871. SHEET METAL WORKERS LOCAL NO. 141 SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND v. INTERNAL REVENUE SERVICE. C. A. 6th Cir. Certiorari denied. ▮▮

No. 95–874. SMITH v. LEONARD ET AL. C. A. 9th Cir. Certiorari denied. ▮▮▮▮

No. 95–876. KIRTON v. CONNECTICUT. App. Ct. Conn. Certiorari denied. ▮▮▮▮

No. 95–5128. BURCH v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮

No. 95–5205. JAYSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮▮▮▮

No. 95–5582. COMO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮

No. 95–5619. CHAMPION v. CALIFORNIA; and
No. 95–6264. ROSS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. ▮▮▮▮